UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL REEVES,

          *Plaintiff,*

- against -

UNITED STATES DEPARTMENT OF JUSTICE; THE DEPARTMENT OF HOMELAND SECURITY; NATIONAL SECURITY AGENCY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

          *Defendants.*

**ORDER**
25-cv-2857 (NRM) (MMH)

**NINA R. MORRISON,** United States District Judge:

By Order dated July 16, 2025, this action was dismissed. ECF No. 15. Judgment was entered on July 17, 2025. ECF No. 16.

Although submitted on July 15, 2025[1] prior to the closure of this case, Plaintiff's request to file an amended complaint and preliminary conference were entered on the Court's docket on July 17, 2025, after judgment had entered. ECF No. 17, 18, 18-1. On July 18, 2025, before the Court had the opportunity to address Plaintiff's motions and Amended Complaint (which, the Court notes, raises similar frivolous claims regarding two years of constant drone surveillance), Plaintiff filed a Notice of Appeal, ECF No. 20, depriving this Court of jurisdiction over the case, including his pending motions and Amended Complaint. *S.E.C. v.*

---

[1] These documents were submitted after business hours via the Court's night drop box.

*Am. Bd. of Trade, Inc.,* 829 F.2d 341, 344 (2d Cir. 1987) (Generally, a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal") (citation modified) (quoting *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982)). This "judicially crafted rule [is] rooted in the interest of judicial economy, designed 'to avoid confusion or waste of time resulting from having the same issues before two courts at the same time.'" *United States v. Rodgers,* 101 F.3d 247, 251 (2d Cir. 1996) (quoting *United States v. Salerno,* 868 F.2d 524, 540 (2d Cir. 1989)).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and to note the mailing on the docket.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Nina R. Morrison*
　　　　　　　　　　　　　　　　　　　　　NINA R. MORRISON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   July 25, 2025
　　　　 Brooklyn,
　　　　 New York